# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __14-MJ-1528__      Date __9-10-14__

USAO No. __2014R00935__

The Government respectfully requests the Court to dismiss without prejudice the √ Complaint ____ Removal Proceedings in

United States v. __Marina Browne + Keith Frazier__

The Complaint/~~Rule 40 Affidavit~~ was filed on __July 11, 2014__

√ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

__Max Nicholas__
(Print name)

SO ORDERED:

_____        __9-10-14__
UNITED STATES MAGISTRATE JUDGE        DATE

Distribution:   White→Court      Yellow→U.S. Marshals      Green→Pretrial Services      Pink→AUSA Copy