12/11/2014 14:21 FAX 212 660 3001    SULLIVAN & WORCESTER LLP    ☒002/002


**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

December 11, 2014

DOC # 26

**VIA FACSIMILE (212) 805-4060**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

DEC 15 2014

Re:     *United States v. Marina Browne*, No. 14-MJ-1528

Dear Magistrate Judge Fox:

    In connection with my appointment as CJA counsel in the above matter, an associate has assisted me from time to time with, among other things, researching legal issues, reviewing documents and meeting with Ms. Browne. I understand from the CJA Office that my firm may be reimbursed for my colleague's assistance if I obtain the Court's approval.

    We respectfully request that the Court authorize reimbursement for my colleague's time, subject to a review of our bills and related worksheets by the CJA Office.

Respectfully submitted,

Harry H. Rimm

12/15/14

Under the Second Circuit Court of Appeals' CJA policies, which govern the CJA plans adopted by the circuit's district courts, compensation for work performed by associates assisting a CJA panel member is permitted only if prior approval for an associate's work is obtained from the Court, when it is anticipated that billing for the associate will exceed ten hours. It is unclear, from the instant letter whether the associate has performed in excess of ten hours work on the case. If so, compensation cannot be authorized, since it appears that prior approval for compensating the associate was not obtained. In such a circumstance, the Court is constrained to deny the request. If fewer than ten hours of work had been performed by the associate, prior court approval for compensation would not be necessary.

SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

BOSTON   LONDON   NEW YORK   WASHINGTON, DC